

# THE THIRTEENTH COURT OF APPEALS

13-23-00120-CV

City of Pharr, Texas
v.
Raul N. Garcia and R.N. Industries L.L.C. d/b/a Pajaro Promotions

On Appeal from the
93rd District Court of Hidalgo County, Texas
Trial Court Cause No. C-3425-17-B

## JUDGMENT

The Court's judgment issued on April 18, 2024, is hereby withdrawn and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment in accordance with its opinion. Costs of the appeal are adjudged against appellees.

We further order this decision certified below for observance.

July 11, 2024